

## Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**December 14, 2020**

**VIA ECF**

Hon. Judge Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The application is **GRANTED**.  The initial pretrial conference scheduled for December 17, 2020, is **CANCELLED**.  Plaintiff shall file her default judgment materials by **January 18, 2021**.  By **December 18, 2020**, Plaintiff shall serve a copy of this Order on Defendant and file proof of service.

Dated: December 15, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Paguada v. Craftshack, Inc.
Case No. 1:20-cv-08485-LGS

Dear Judge Schofield,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for December 17, 2020. Defendant was served on October 14, 2020 and has yet to appear. It is now December 14, 2020, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the December 17th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**