UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DILENIA PAGUADA,                                              :
                            Plaintiff,   :
                                                              :  20 Civ. 8485 (LGS)
          -against-                                         :
                                                              :  <u>ORDER</u>
CRAFTSHACK, INC.,                                             :
                                                              :
                          Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff filed the complaint on October 12, 2020. Dkt. No. 1.

    WHEREAS, Defendant has not yet appeared.

    WHEREAS, on December 14, 2020, Plaintiff filed a letter stating that (1) Defendant was served on October 14, 2020, and (2) Plaintiff was "in the process of obtaining a Certificate of Default from the Clerk of the Court and [would] promptly be moving the Court for a Default Judgment . . ." Dkt. No. 8.

    WHEREAS, on December 15, 2020, the Court issued an Order directing Plaintiff to file her default judgment materials by January 18, 2021. Dkt. No. 9.

    WHEREAS, no such materials were filed by January 18, 2021.

    WHEREAS, on January 20, 2021, the Court issued an Order directing Plaintiff to file her default judgment materials by January 25, 2021, and informing Plaintiff that failure to do so will result in dismissal and closure of the case for failure to prosecute.

    WHEREAS, no such materials were filed. It is hereby

    **ORDERED** that by **February 26, 2021**, Plaintiff shall file default judgment materials pursuant to Attachment A of this Court's Individual Rules. **Failure to do so <u>will result in dismissal and closure of the case for failure to prosecute</u>**. No further extensions will be granted.

Dated: January 29, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE